**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-1261**

---

NIGEL MAX EDGE,

       Plaintiff - Appellant,

    v.

UNITED STATES OF AMERICA; WILLIAM JOHN DEBEVOISE; SANDRA LYNN DEBEVOISE; JIMMY MCCORMICK, Clarkstown Police Department; OFFICER BARRY, Clarkstown Police Department; CLARKSTOWN POLICE DEPARTMENT; DETECTIVE MOORE, Brunswick County Sheriff's Department; BRUNSWICK COUNTY SHERIFF'S DEPARTMENT; OAKS ISLAND POLICE DEPARTMENT; TINA ATHERAL, Hope for the Warriors (FBI); ROBIN KELLEHER, Hope for the Warrior (FBI); HOPE FOR THE WARRIORS (FBI); SEAN MANDALL, Neas Man Lab - Criminal Investigative Division Camp Lejeune; CRIMINAL INVESTIGATIVE DIVISION CAMP LEJEUNE; 22 UNTIL NONE; SKIP LAWRANCE; MICHAEL WILLOWS; JOHN MCSHARAR,

       Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  Louise W. Flanagan, District Judge.  (7:24-cv-01086-FL)

---

Submitted:  June 12, 2025                          Decided:  June 17, 2025

---

Before HARRIS and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

Nigel Max Edge, Appellant Pro Se. Peter Gerard Clements, Jr., Charlotte, North Carolina, Michael Scott Rothrock, WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP, Raleigh, North Carolina; Nicholas David Acevedo, Christopher J. Geis, WOMBLE BOND DICKINSON (US) LLP, Winston-Salem, North Carolina; Norwood Pitt Blanchard, III, CROSSLEY MCINTOSH COLLIER HANLEY & EDES PLLC, Wilmington, North Carolina; Daphne O'Connor, ARNOLD & PORTER KAYE SCHOLER LLP, Washington, D.C., for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nigel Max Edge appeals the district court's order dismissing his complaint for failure to state a claim under Fed. R. Civ. P. 12(b)(6). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Edge v. United States*, No. 7:24-cv-01086-FL (E.D.N.C. Mar. 13, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*